**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 29, 2019.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-19-00723-CV**

---

## IN RE BOBBY WOOTTON AND MARY WOOTTON, D/B/A M. WOOTTON CONSTRUCTION, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**434th Judicial District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 10-DCV-186083**

---

## MEMORANDUM OPINION

On September 20, 2019, relators Bobby Wootton and Mary Wootton, d/b/a M. Wootton Construction filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators asks this court to compel the Honorable James H. Shoemake, presiding judge of the 434th Judicial District Court of Fort Bend County, to rule on the parties' motions for summary judgment and request for a trial setting.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Christopher, Spain, and Poissant.